UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DENNIS SMIERTKA,

    Plaintiff,

v.                                    Case No. 1:12-CV-99

GUARDIAN LIFE INSURANCE         HON. GORDON J. QUIST
COMPANY OF AMERICA,

    Defendant.

_____/

## JUDGMENT

    In accordance with the Opinion issued today,

    Judgment is granted in favor of Defendant.

Dated:  March 28, 2013                                /s/ Gordon J. Quist
                                                            GORDON J. QUIST
                                            UNITED STATES DISTRICT JUDGE